BRETT TOLMAN, United States Attorney (#8821)
KARIN FOJTIK, Assistant United States Attorney (#7527)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111-1506
Telephone: (801) 524-5682
Facsimile: (801) 524-4475

BRENT WARD, Director
KENNETH F. WHITTED, Assistant United States Attorney (D.C. Bar #430346)
Trial Attorney
Obscenity Prosecution Task Force
1301 New York Avenue, NW, Suite 500
Washington, D.C. 20530
Telephone: (202) 353-8855
Kenneth.Whitted2@usdoj.gov

FILED
U.S. DISTRICT COURT
2007 JUN 28  P 4: 23
DISTRICT OF UTAH
BY: _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SAMI R. HARB and<br>MICHAEL HARB,<br>dba MOVIES BY MAIL,<br><br>Defendants. | Case: 2:07-cr-00426<br>Assigned To : Stewart, Ted<br>Assign. Date : 06/28/2007<br>Description: USA v.<br><br>INDICTMENT<br><br>VIO: 18 U.S.C. § 1466 (SELLING OBSCENE MATERIAL); and 18 U.S.C. § 1461 (MAILING OBSCENE MATERIAL) |

The Grand Jury charges:

COUNT I
18 U.S.C. § 1466

(Engaging in a Business of Selling or Transferring Obscene Material)

During 2006 and 2007, in the Central Division of the District of Utah and elsewhere,

SAMI HARB, MICHAEL HARB, DBA MOVIES BY MAIL,

defendants herein, while engaged in the business of selling and transferring obscene matter, did knowingly receive and possess with intent to distribute an obscene matter, the film, *MaxHardcore, Pure Max 18,* which had been shipped and transported in interstate and foreign commerce, and did aid and abet therein, all in violation of Title 18, United States Code, Section 466 and Section 2.

### COUNT II
### 18 U.S.C. § 1461
(Mailing Obscene Matter)

During 2006 and 2007, in the Central Division of the District of Utah, and elsewhere,

SAMI HARB, MICHAEL HARB, DBA MOVIES BY MAIL,

defendants herein, did knowingly use the United States mails to mail and deliver to a location in the state of Utah, a parcel containing non-mailable obscene matter to wit, the obscene film, *MaxHardcore, Pure Max 18,* and did aid and abet therein, all in violation of Title 18, United States Code, Sections 1461 and 2.

### COUNT III
### 18 U.S.C. § 1466
(Engaging in a Business of Selling or Transferring Obscene Material)

During 2006 and 2007, in the Central Division of the District of Utah and elsewhere,

SAMI HARB, MICHAEL HARB, DBA MOVIES BY MAIL,

defendants herein, while engaged in the business of selling and transferring obscene matter, did knowingly receive and possess with intent to distribute an obscene matter, the film, *MaxHardcore, Extreme 12,* which had been shipped and transported in interstate and foreign commerce, and did aid and abet therein, all in violation of Title 18, United States Code, Section 1466 and Section 2.

## COUNT IV
### 18 U.S.C. § 1461
(Mailing Obscene Matter)

During 2006 and 2007, in the Central Division of the District of Utah, and elsewhere,

SAMI HARB, MICHAEL HARB, DBA MOVIES BY MAIL,

defendants herein, did knowingly use the United States mails to mail and deliver to a location in the state of Utah, a parcel containing non-mailable obscene matter to wit, the obscene film, *MaxHardcore, Extreme 12,* and did aid and abet therein, all in violation of Title 18, United States Code, Section 1461 and Section 2.

## COUNT V
### 18 U.S.C. § 1466
(Engaging in a Business of Selling or Transferring Obscene Material)

During 2006 and 2007, in the Central Division of the District of Utah and elsewhere,

SAMI HARB, MICHAEL HARB, DBA MOVIES BY MAIL,

defendants herein, while engaged in the business of selling and transferring obscene matter, did knowingly receive and possess with intent to distribute an obscene matter, the

film, *Extreme Associates, Cocktails 5,* which had been shipped and transported in interstate and foreign commerce, and did aid and abet therein, all in violation of Title 18, United States Code, Section 1466 and Section 2.

COUNT VI
18 U.S.C. § 1461
(Mailing Obscene Matter)

During 2006 and 2007, in the Central Division of the District of Utah, and elsewhere,

SAMI HARB, MICHAEL HARB, DBA MOVIES BY MAIL,

defendants herein, did knowingly use the United States mails to mail and deliver to a location in the state of Utah, a parcel containing non-mailable obscene matter to wit, the obscene film, *Extreme Associates, Cocktails 5,* and did aid and abet therein, all in violation of Title 18, United States Code, Section 1461 and Section 2.

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY


BRETT TOLMAN
United States Attorney

_____
KARIN M. FOJTIK
Assistant United States Attorney

BRENT D. WARD
Director, Obscenity Prosecution Task Force

KENNETH WHITTED
Trial Attorney

4