IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br><br> vs. <br><br><br> SAMI HARB, MICHAEL HARB, d/b/a MOVIES BY MAIL, <br><br> Defendants. | ORDER GRANTING DEFENDANTS' MOTION TO STRIKE TRIAL DATE AND SET THE DISPOSITION DATE AND NOTICE OF HEARING <br><br><br><br><br> Case No. 2:07-CR-426 TS |

Defendants move to continue the trial in order to obtain pre-plea presentence reports and consider plea negotiations. The government stipulates to the Motion.

The Court finds that to deny the Motion would deny counsel for Defendants the time necessary for effective preparation for trial taking into account due diligence. The Court further finds that the ends of justice served by granting the jointly requested continuance outweigh the best interest of the public and the Defendants in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A). It is therefore

1

ORDERED that Defendants' Motion to Strike Trial Date and Set Disposition Date (Docket No. 95) is GRANTED and the April 13, 2009 trial date is STRICKEN.  It is further

ORDERED that **a change of plea hearing is set for August 25, 2009, at 3:00 p.m. for Defendant Sami Harb dba Movies by Mail**.  It is further

ORDERED that **a change of plea hearing is set for August 25, 2009, at 3:30 p.m. for Defendant Michael Harb dba Movies by Mail**.  It is further

ORDERED that the time from the filing of the Motion to Continue to the date of the change of plea hearings be excluded from the computation for the time for trial as described in 18 U.S.C. §3161.  It is further

ORDERED that pre-plea presentence reports will be addressed by separate order.

DATED   April 7th, 2009

BY THE COURT:

_____
TED STEWART
United States District Judge