JEROME H. MOONEY #2303
**WESTON, GARROU, WALTERS & MOONEY**
50 West Broadway, Suite 1000
Salt Lake City, Utah 84101-2006
Telephone: (801) 364-5635
Facsimile: (310) 442-0899
jerrym@mooneylaw.com
**Attorneys for Defendant Michael Harb**

PAUL J. CAMBRIA, JR. (pro hac vice) (New York Bar # 1430909)
BARRY NELSON COVERT (pro hac vice) (New York Bar # 2320117)
ROGER W. WILCOX, JR. (pro hac vice) (New York Bar # 2241214)
**LIPSITZ GREEN SCIME CAMBRIA LLP**
42 Delaware Avenue, Suite 300
Buffalo, New York 14202-3901
Telephone: (716) 849-1333
Facsimile:   (716) 855-1580
pcambria@lglaw.com
bcovert@lglaw.com
rwilcox@lglaw.com
**Attorneys for Defendant Sami R. Harb**


IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff,* | Case No. 2:07-CR-00426 TS |
| v. | **MOTION TO CONTINUE TRIAL** |
| SAMI R. HARB, MICHAEL HARB, D/B/A MOVIES BY MAIL, | HONORABLE TED STEWART |
| *Defendants.* | |

COME NOW the defendants by and through their counsel of record, and hereby move this Court for an order to continue the disposition date presently set for the 8th day of October

2009 due to conflicts in the schedules of counsel. Counsel for Michael Harb is scheduled to be outside the State of Utah on that date.

Counsel has coordinated this motion with all other counsel who stipulate to the continuance.

DATED this 16th day of September, 2009.

            WESTON, GARROU, WALTERS & MOONEY

            ___/s/ Jerome H. Mooney_____
            JEROME H. MOONEY

            Attorneys for Defendant Michael Harb

            LIPSITZ GREEN SCIME CAMBRIA LLP

            _____/s/ Paul J. Cambria _____
            PAUL J. CAMBRIA, JR.

            Attorneys for Defendant Sami R. Harb