JEROME H. MOONEY #2303
**WESTON, GARROU, WALTERS & MOONEY**
50 West Broadway, Suite 1000
Salt Lake City, Utah 84101-2006
Telephone: (801) 364-5635
Facsimile: (310) 442-0899
jerrym@mooneylaw.com
**Attorneys for Defendant Michael Harb**

PAUL J. CAMBRIA, JR. (pro hac vice) (New York Bar # 1430909)
BARRY NELSON COVERT (pro hac vice) (New York Bar # 2320117)
ROGER W. WILCOX, JR. (pro hac vice) (New York Bar # 2241214)
**LIPSITZ GREEN SCIME CAMBRIA LLP**
42 Delaware Avenue, Suite 300
Buffalo, New York 14202-3901
Telephone: (716) 849-1333
Facsimile: (716) 855-1580
pcambria@lglaw.com
bcovert@lglaw.com
rwilcox@lglaw.com
**Attorneys for Defendant Sami R. Harb**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| *Plaintiff,* | : | Case No. 2:07-CR-00426 TS |
| | : | |
| v. | : | **[PROPOSED] ORDER** |
| | : | |
| SAMI R. HARB, | : | HONORABLE TED STEWART |
| MICHAEL HARB, | : | |
| D/B/A MOVIES BY MAIL, | : | |
| | : | |
| *Defendants.* | : | |

On motion of the defendants and good cause appearing, the disposition presently set for

the 8th day of October, 2009 is continued to the 19th day of November 2009 the same to be

conducted at the hour of 10:00 a.m. as to Sami Harb and 10:30 a.m. as to Michael Harb.

All time from the 8th day of October 2009 to the 19th day of November 2009  is excluded.


DATED this ____day of September 2009.

BY THE COURT


_____
TED STEWART
DISTRICT COURT JUDGE