IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br><br><br>vs.<br><br><br><br>SAMI R. HARB and MICHAEL HARB,<br><br>  Defendants. | ORDER GRANTING DEFENDANTS' MOTION TO CONTINUE, RESETTING HEARINGS AND EXCLUDING TIME<br><br><br><br><br><br>Case No.  2:07-CR-426 TS |

Based on Defendants' Motion, the Court finds that a continuance is warranted because counsel is unavailable at the prior scheduled time.  The government has no objection.  The Court further finds that to deny the continuance would deny counsel for Defendant the reasonable time necessary for effective preparation in this, taking into account the exercise of due diligence.  The Court further finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.  It is therefore

ORDERED that Defendants' Stipulated Motion to Continue (Docket No. 104) is

GRANTED and the plea and sentencing set trial hearing set for October 8, 2009 at 2:00 p.m. and 2:30 p.m and are VACATED.  It is further

ORDERED that Sami Harb's change of plea and sentencing is **set for November 19, 2009 @ 10:00 a.m.**   It is further

ORDERED that Michael Harb's change of plea and sentencing is set for November 19, 2009 @ 10:30 a.m.  It is further

ORDERED that the time from the filing of the Motion to Continue to the date of the new trial is excluded from the speedy trial calculation.

DATED   September 17, 2009.

BY THE COURT:

_____
TED STEWART
United States District Judge